UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-02087-SK                      Date: May 7, 2026

Title  Rigoberto Luis Ruiz-Perez v. Shannon Dicus, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:          Attorneys Present for Respondents:
None present                                              None present

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE AND DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER [ECF 1]**

In lieu of competing briefs on the petition under 28 U.S.C. § 2241, the parties are ordered to show cause in a joint response why the petition should not be granted consistent with the declaratory judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), as well as the follow-on orders by the *Maldonado Bautista* court enforcing that judgment in individual habeas petitions.  *See, e.g., Munoz v. Johnson*, No. 2:26-cv-02171-SSS, 2026 WL 905513, at *1 (C.D. Cal. Apr. 1, 2026); *Benites v. Janecka*, No. 5:26-cv-00222-SSS, 2026 WL 579160, at *1 (C.D. Cal. Mar. 2, 2026); *Martinez v. Rios*, No. 5:26-cv-00679-SSS, 2026 WL 576010, at *1 (C.D. Cal. Mar. 2, 2026).  The joint response is due within **10 days** of this order.  Meanwhile, petitioner's ex parte application for temporary restraining order (ECF 1) is denied.  *See Senate of State of Cal. v. Mosbacher*, 968 F.2d 974, 978 (9th Cir. 1992) ("[J]udgment on the merits in the guise of preliminary relief is a highly inappropriate result."); *Mendez v. U.S. Immigr. & Customs Enf't*, 2023 WL 2604585, at *3 (N.D. Cal. Mar. 15, 2023) (dismissing request for emergency equitable relief where the relief sought was "not 'temporary' or 'preliminary' but rather … the same ultimate relief" sought on the merits).

IT IS SO ORDERED.