JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO LUIS RUIZ-PEREZ, | CASE NO. 5:26-cv-2087-SK |
| Petitioner, | **JUDGMENT** |
| vs. | |
| SHANNON DICUS, et al. | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

The Clerk of Court is directed to close this case.

DATED: <u>May 19, 2026</u>

HON. STEVE KIM
United States Magistrate Judge